In the Matter of the Claim of GUSTAVE PREUSS, Respondent, against CHARLES PREUSS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award modified by striking out the provisions for compensation excepting the sum of twenty-five dollars for the period from September 7, 1928, to September 14, 1928, and as to which item the award is affirmed, without costs. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of ROSE VAN CLOVSKI, Respondent, against AMERICAN LOCOMOTIVE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of STATE TREASURER and COMMISSIONER OF TAXATION AND FINANCE on Account of the Death of STANLEY PIAS, Respondent, against LINDLEY M. GARRISON, as Receiver of NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The award is reversed, without objection on the part of the Attorney-General, and the claim dismissed, with costs against the State Industrial Board, on the ground that no causal connection is shown between the accident in 1921 and the death from pneumonia occurring in 1927. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of JOHN JOSEPH COUGHLIN, Respondent, against HAYS & RANDOLPH COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of DE ETTIE DENEE, Respondent, against HASTINGS & SHEAR and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MERVIN FENEMORE, Respondent, against NORTH EAST ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain the award. Van Kirk, P. J., Davis, Whitmyer and Hasbrouck, JJ., concur; Hill, J., dissents.

In the Matter of the Claim of JOHN MCDONNELL, Respondent, against MASSEY-HARRIS HARVESTER COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of GEORGE H. LAYNES, Respondent, against JAMES N. JARVIE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.